UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MARIE BAGLIONE,

        Plaintiff,

  vs.

CLARA MAASS MEDICAL CENTER, INC., ST. BARNABAS CARE SYSTEM, INC., ABC CORP. and XYZ CORP.,

        Defendants.

Civil Action No. 99-4069 (KSH)

**ORDER**

**KATHARINE S. HAYDEN, U.S.D.J.**

    **THIS MATTER** having been brought to the Court's attention pursuant to plaintiff's motion to reopen; the Court having considered the written submissions by the parties, and for good cause shown and for the reasons more fully set forth in the opinion of this Court,

    **IT IS** on this 8th day of September, 2006, hereby

    **ORDERED** that the motion to reopen (document #9) is **granted**.

                                /s/ Katharine S. Hayden
                                **Katharine S. Hayden**
                                **United States District Judge**

Dockets.Justia.com