UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIE BAGLIONE,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CLARA MAASS MEDICAL CENTER, INC., ST. BARNABAS CARE SYSTEM, INC., ABC CORP. and XYZ CORP.,<br><br>　　　　　　Defendants. | Civil Action No. 99-4069 (KSH)<br><br><br><br>**ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

　　**THIS MATTER** having been brought to the Court's attention pursuant to plaintiff's motion to reopen; the Court having considered the written submissions by the parties, and for good cause shown and for the reasons more fully set forth in the opinion of this Court,

　　**IT IS** on this  8th  day of September, 2006, hereby

　　**ORDERED** that the motion to reopen (document #9) is **granted**.

　　　　　　　　　　　　　　　　　　　　/s/ Katharine S. Hayden
　　　　　　　　　　　　　　　　　　　　**Katharine S. Hayden**
　　　　　　　　　　　　　　　　　　　　**United States District Judge**